United States District Court
Southern District of Texas
**ENTERED**
July 29, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEODORA MARGOTH MEMBRENO VIGIL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-4673 |
| | § | |
| RANDY TATE, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Pending before the court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Docket Entry No. 1) and Respondents' Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment (Docket Entry No. 5).

Respondents Motion for Summary Judgment, applying the Fifth Circuit's decision in Rodriguez v. Ortega, No. 26-50183, 2026 WL 1906557 (5th Cir. Jul. 2, 2026), concedes that Petitioner must be given a bond hearing. However, as explained in Petitioner's Response to Respondents' Motion for Summary Judgment and Reply in Support of Petition for Writ of Habeas Corpus (Docket Entry No. 6), the Fifth Circuit's holding in Ortega has since been vacated. Rodriguez v. Ortega, No. 26-50183, 2026 WL 2014647 (5th Cir. Jul. 10, 2026).

Respondents are therefore **ORDERED** to file a reply to Petitioner's Response to Respondents' Motion for Summary Judgment

and Reply in Support of Petition for Writ of Habeas Corpus (Docket Entry No. 6) by August 17, 2026.

**SIGNED** at Houston, Texas, on this 29th day of July, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE